# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STUART RODRIGUEZ DUDAMEL**, | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | **NO. 26-361** |
| **v.** | : | |
| | : | |
| **JAMAL L. JAMISON, *in his official*** | : | |
| ***capacity as warden of the Philadelphia*** | : | |
| ***Federal Detention Center, et al.,*** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this 23rd day of February 2026, upon consideration of Petitioner Stuart Rodriguez Dudamel's, ("Mr. Rodriguez" or "Mr. Rodriguez Dudamel"), *petition for writ of habeas corpus*, ("Petition"), (ECF 1), and Respondents'[1], (hereinafter, the "Government"), answer response in opposition, (ECF 7), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Petition is **GRANTED**, as follows:

1. Mr. Rodriguez Dudamel's detention pursuant to 8 U.S.C. § 1231(a)(6) violates the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment of the United States Constitution;

2. Because Mr. Rodriguez Dudamel is in custody in violation of the laws and the Constitution of the United States, he is to be immediately transported back to the Philadelphia Federal Detention Center, ("FDC")[2], and released upon his arrival (*see*

---

[1]    Petitioner has named the following parties as Respondents: JL Jamison, in his official capacity as the warden of the Philadelphia Federal Detention Center; Brian McShane, is the Acting Field Office Director for Immigration and Customs Enforcement's Enforcement and Removal Operations; Todd Lyons, in his Official Capacity as Acting Director of Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security; Pamela Bondi, Attorney General of the United States; and Department of Homeland Security.

[2]    Though the Court ordered that the Government was not to move or remove Mr. Rodriguez Dudamel outside of the City of Philadelphia or the FDC during the pendency of this matter, (ECF 3), it appears that

Paragraph 3);

3. Specifically, the Government shall, within twenty-four (24) hours of this Order, transfer Mr. Rodriguez Dudamel from Moshannon Valley Processing Center in Phillipsburg, Pennsylvania, to the FDC in Philadelphia, Pennsylvania;

4. Upon his return and arrival at the FDC, the Government shall *immediately* release Mr. Rodriguez Dudamel from custody at the FDC in Philadelphia;

5. The Government is further directed to return to Mr. Rodriguez Dudamel any and all funds, identification, or property which may have been seized from Mr. Rodriguez Dudamel at the time of his arrest; and

6. The Government is directed to certify compliance with the Court's Order by filing such certification on the docket by 5:00 p.m. on February 24, 2026.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

Mr. Rodriguez Dudamel is today detained at the Moshannon Valley Processing Center in violation of the Court's Order.  *See Dudamel v. Jamison, et al.*, No. 26-cv-361, ECF No. 8 at p. 4 n. 4 (E.D. Pa. February 23, 2026).